IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02607-MSK-OES

PATRICK MCMAHON and
YVETTE MCMAHON, Individually and as Next Friends of,
RILEY E. MCMAHON, a child,

       Plaintiffs,

v.

ALFRED D. TAYLOR and wife,
BARBARA J. TAYLOR,

       Defendants.

_____

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**
_____

In accordance with Docket #9, the Court hereby Orders that Robert F. Scheihing or the law firm Adoni, Goldman and Shuffield, Nowlin Building, 9311 San Pedro, #900, San Antonio, Texas 78216 is allowed to withdraw as counsel for the Defendants.

DATED this 10th day of February 2006.

                                **BY THE COURT:**

                                _____
                                Marcia S. Krieger
                                United States District Judge