IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON and
YVETTE MCMAHON, Individually and as Next Friends of,
RILEY E. MCMAHON, a child,

      Plaintiffs,

v.

ALFRED D. TAYLOR and wife,
BARBARA J. TAYLOR,

      Defendants.

## ORDER DECLINING TO ADOPT RECOMMENDATION, AS MOOT

THIS MATTER comes before the Court on the Magistrate Judge's Recommendation **(#17)** that the Court order the Plaintiffs' attorney, Peter N. Susca, to show cause why he should not be sanctioned because he: (1) failed to seek admission to this Court; (2) refused to cooperate with opposing counsel in preparing a scheduling order; and (3) failed to appear for the scheduling conference. Subsequent to such Recommendation, the Magistrate Judge issued an Order to Show Cause addressing each of these concerns. Mr. Susca did not respond to that Order and the Magistrate Judge issued an Order for Sanctions.

**IT IS THEREFORE ORDERED** that the Court declines to adopt the Recommendation **(#17)**, as it is moot.

Dated this 13th day of June, 2006

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge