IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON,
YVETTE MCMAHON, individually and as next friends of,
RILEY E. MCMAHON, a child,

       Plaintiffs,

vs.

ALFRED D. TAYLOR, and wife,
BARBARA J. TAYLOR,

       Defendants.

## ORDER TO SHOW CAUSE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

By Order dated May 23, 2006, this Court ordered Defendants' counsel to submit an affidavit of its reasonable attorney's fees incurred due to Plaintiffs' counsel's failure to appear at the Scheduling Conference scheduled in this case, no later than May 30, 2006. Due to Defendant's counsel's failure to respond, the Court issued an Order to Show Cause to Defendants on June 14, 2006. Defendants' counsel responded to this Order by submitting an affidavit of her attorney's fees. The Order to Show Cause [Docket #22] is hereby **discharged**.

Plaintiffs' counsel is directed to file any objections to Defendant's counsel's attorneys fees no later than June 26, 2006.

Dated at Denver, Colorado this 19th day of June, 2006.

              BY THE COURT:

              s/ Michael E. Hegarty
              Michael E. Hegarty
              United States Magistrate Judge