IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON,
YVETTE MCMAHON, individually and as next friends of,
RILEY E. MCMAHON, a child,

      Plaintiffs,

v.

ALFRED D. TAYLOR, and wife,
BARBARA J. TAYLOR,

      Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This matter comes before the Court *sua sponte*, and this Order incorporates by reference this Court's Order to Show Cause issued against Peter Susca on April 12, 2006, the Order for Sanctions dated May 23, 2006, and the Order to pay Defendant's reasonable attorney's fees dated July 6, 2006. This Court ordered sanctions against Mr. Susca for his repeated disregard for this Court's orders and the needless expense in attorney's fees his actions have caused Defendants. Based on the Court's determination that Defendant's claimed attorney's fees were reasonable and due to Mr. Susca's failure to object to this amount, the Court ordered Mr. Susca to pay to the registry of the Court the amount of one thousand three hundred ninety-five dollars ($1,395.00) no later than July 28, 2006. Mr. Susca failed to do so.

It is hereby ORDERED that Peter Susca shall appear before this Court <u>in person</u> on **August 17, 2006, at 10:00 a.m.** in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

2

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated at Denver, Colorado this 31st day of July, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge