IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON,
YVETTE MCMAHON, individually and as next friends of,
RILEY E. MCMAHON, a child,

      Plaintiffs,

vs.

ALFRED D. TAYLOR, and wife,
BARBARA J. TAYLOR,

      Defendants.

## ORDER TO DISBURSE FUNDS

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2006.**

      Pursuant to this Court's Order dated July 31, 2006, Mr. Susca paid the amount of $1,395.00 into the Registry of the Court, the amount determined to be the reasonable attorney's fees expended by Defendants due to Plaintiffs' counsel's failure to appear.

      It is hereby ORDERED that these funds be disbursed to Defendants' counsel, Deanna R. Dagner of Walberg, Dagner & Tucker, P.C., 7400 East Caley Avenue, # 300, Centennial, CO 80111.