IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON and
YVETTE MCMAHON, Individually and as Next Friends of,
RILEY E. MCMAHON, a child,

        Plaintiffs,

v.

ALFRED D. TAYLOR and wife,
BARBARA J. TAYLOR,

        Defendants.

## ORDER ON PROCEDURES

THIS MATTER comes before the Court on a Certificate of Current Address **(#38)** filed by Plaintiff Patrick McMahon. Upon receipt thereof,

**THE COURT FINDS that:**

As their attorney has never been admitted to practice before this Court, the Plaintiffs are appearing *pro se in* this matter. This means that all documents filed by the Plaintiffs must be signed by both Patrick and Yvette McMahon. The Plaintiffs are personally responsible for complying with all Court orders and time limitations established by any applicable rules, including the Federal Rules of Civil Procedure and the Local Rules of Practice (found at http://www.co.uscourts.gov/rules_frame.htm). At trial, the Plaintiffs are also responsible for complying with the Federal Rules of Evidence. The Plaintiffs should also make themselves familiar with the Civil Practice Standards (found at http://www.co.uscourts.gov/judges/msk_ps_civil.pdf). The Court cannot act as the Plaintiffs' advocate nor provide them with

direction or legal advice. The Plaintiffs have provided the Court with their mailing address, but not their telephone number.

**IT IS ORDERED** that:

(1)  The Plaintiffs shall file a document with the Court not later than January 5, 2007, advising the Court of a telephone number where they can be reached.

(2)  The hearing set to occur on December 21, 2006 will take place as scheduled. However, the Plaintiffs need not appear at the hearing, because it only concerns the conduct of attorney Peter Susca.

(3)  The Clerk of Court shall mail copies of all Orders entered in this case to Plaintiffs' address of record, as set forth in the Certificate of Current Address **(#38)** filed December 18, 2006. The Defendants shall serve the Plaintiffs in hard copy with all pleadings filed in this matter at their address of record.

(4)  Because all deadlines set forth in Courtroom Minutes of the scheduling conference held April 6, 2006 have passed, and no trial has been set, the Magistrate Judge shall set a new scheduling conference, immediately after which the parties shall obtain a trial date.

(5)  Failure to comply with this Order or subsequent Orders of the Court may result in dismissal of the Plaintiffs' claims.

Dated this 19th day of December, 2006

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge