IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON and
YVETTE MCMAHON, Individually and as Next Friends of,
RILEY E. MCMAHON, a child,

       Plaintiffs,

v.

ALFRED D. TAYLOR and wife,
BARBARA J. TAYLOR,

       Defendants.

---

## ORDER VACATING AND RESETTING ORDER TO SHOW CAUSE HEARING

---

Upon review of Court records it appears that Peter N. Susca has not received notice of the hearing scheduled for January 23, 2007 at 4:30 p.m. Because this hearing concerns the conduct of Mr. Susca, the Court

**ORDERS** that the hearing scheduled to commence on **January 23, 2007 at 4:30 p.m.** is **VACATED** and reset to **February 1, 2007 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Mr. Peter N. Susca, in hard copy, notice of this hearing.

Dated this 18th day of January, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge