IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02607-MSK-MEH

PATRICK MCMAHON and
YVETTE MCMAHON, Individually and as Next Friends of,
RILEY E. MCMAHON, a child,

       Plaintiffs,

v.

ALFRED D. TAYLOR and wife,
BARBARA J. TAYLOR,

       Defendants.

## ORDER IMPOSING CIVIL CONTEMPT SANCTION
## AGAINST PETER N. SUSCA

THIS MATTER came before the Court for a hearing on February 1, 2007 on the Court's Order to Show Cause Why Plaintiffs' Counsel [Peter N. Susca] Should Not Be Held in Contempt of Court **(#36)**. Mr. Susca failed to appear at the hearing, and did not move to vacate the hearing. He provided a phone number to opposing counsel where he could be reached during the hearing, but he was not available at that number. At the hearing, the Court made oral findings of fact and conclusions of law, which are incorporated by reference herein. Based thereon,

**IT IS ORDERED** that Peter N. Susca shall pay the sum of $770.00 to the Defendants within 10 days of the date of this Order. If Mr. Susca fails to comply with this Order, the Defendants may apply for a judgment to be entered in their favor and against Mr. Susca for said

amount.

Dated this 1st day of February, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge